STATE of Missouri, Respondent,

v.

Michael S. FLEMONS, Appellant.

No. WD 60466.

Missouri Court of Appeals,
Western District.

March 25, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 24, 2003.

Application for Transfer Denied
July 1, 2003.

Laura Grether Martin, Appellate Defender, Kansas City, MO, arguing on behalf of appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, for respondent.

Tara L. Jensen, Asst. Attorney General, Jefferson City, MO, arguing on behalf of Respondent.

Before RONALD R. HOLLIGER, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

Michael Flemons appeals his convictions of first degree robbery and armed criminal action, raising evidentiary issues. The judgment is affirmed. Rule 30.25(b).